IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRELL HALE,

    Plaintiff,

v.

J. GREENE, *et al.*,

    Defendants.

No. 4:25-CV-01242

(Chief Judge Brann)

## ORDER

**AND NOW**, this 14th day of January 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's individual-capacity *Bivens* claims against Warden J. Greene, PA J. Stoltz, Dr. S. Antonucci, and Dr. C. Schmidt are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. Plaintiff's official-capacity *Bivens* claims are **DISMISSED** with prejudice under 28 U.S.C. § 1915A(b)(1) as legally frivolous.

3. Plaintiff's motion for appointment of counsel (Doc. 12) is **DISMISSED** as moot in light of paragraphs 1 and 2 above.[1]

4. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] The motion for appointment counsel, if considered on the merits, would be denied, as Plaintiff's *Bivens* claims do not have "arguable merit in fact and law," a threshold requirement for appointment of counsel. *See Tabron v. Grace*, 6 F.3d 147, 155 (3d Cir. 1993).